UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM JOHN HALE,

        Plaintiff,

v.                      Case No. 3:05-cv-330-J-99MMH

JAMES V. CROSBY, JR., et al.,

        Defendants.

_____

**ORDER**

    1. Plaintiff's May 2, 2005, Motion for Reconsideration (Doc. #9) is **DENIED**. However, Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and responding properly and completely to Section IV. Plaintiff should note that Section IV. (C) requires a list of <u>all</u> his lawsuits <u>closed</u> and <u>pending</u> in <u>federal</u> <u>court</u> relating to his imprisonment or the conditions of his imprisonment.

    2. The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff

shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this ___9th___ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 5/5
c:
William John Hale